Th 2/22/18
Prepared
Maurice L. Tyler, (on federal disability)
504-320-4227-cell
email: mauricetyler83
@yahoo.com.

Prepared @ Lincoln
Hospital in the
Bronx, N.Y.

Signed:
Maurice L. Tyler
6:50 p.m.
2/22/18.

Eastern District of Louisiana, State of Louisiana

Maurice L. Tyler, In forma pauperis - Petition For Damages   Attention: Chief Magistrate Judge

From the Louisiana Attorney Disciplinary (defendant) Board & the Louisiana Supreme Court (defendant) for $30 million dollars; Orleans Public (defendant) Defenders Office for $640,000; Capital (defendant) Defense Project of Southeast Louisiana for $500,000 — violation of the American with Disabilities Act & my civil rights as an African-American

9) A male attorney (LSBA #25279) — Ineligible — paying
Michael back $100.00 per month to the Louisiana State Bar Association
S. Millner, Jr.
1155 — Williston for unlawfully paying back clients who I represented
Law Street well; Orleans Parish District Attorney's Office - $30 million
ola.com
+ for unlawful prosecution; (defendant) Robert Jenkins, Esq - legal malpractice
BA $150,000 - never saw me once in jail; defective re-
article. presentation; Gannon M. Johnson, Esq - defective $14,000
representation at motions. Discriminatory Federal claims - almost killed
dove. me trying to get the case dismissed & getting my law license
back. ADA & Civil Rights & ABA violations.

Judge Karen
Herman, Section E    3. Request for jury trial.    6. Still don't
$30 million Esq Δ                                     have my law
presiding judge                                       license back
                     4. Request for admissions coming.  despite 5
                                                       tries 2017-
Orleans Parish Prison -                                2053 - latest
$30 million Δ        5. Pro Se Representation since I have 15 years 25279
of administrative,     state, & federal trial & appellate trial appellate experience in
luding with this court. PLEASE SERVE ALL DEFENDANTS (8 defendants)

pg. 1

[List of Defendants] who did plaintiff: Maurice L. Tyler (LSBA #35279) legally and factually wrong. Also, statement of uncontested material and relevant facts; application for subpoena duces tecum; request for all of my hospital records in Louisiana - 11/12/71 DOB - Social Security number: 130582495. Former New Orleans address: [3155 Law Street, N.O. LA 70119]. Directv account. Paid rent in a hostile environment for someone, like myself, with a mental health diagnosis: bipolar & schizoaffective disorder -- from the doctors at Section "I"; Orleans Criminal District Court, where I have an unlawful plea out there but I've challenged it via fax from White Plains Public Library. The N.Y. Post has the fax and the promises of federal claims. [In Forma Pauperis] because I don't have the funds to pay for all the expenses associated with pursuing my claim, living on [$1332 per month]. However, SDT's are free; consider this case for all of my medical records; also consider this a request for admissions; notice of deposition; and motion for summary judgment.

# List of Louisiana Federal Defendants

1. Office of the District Attorney, Orleans Parish. (stalking enact - illegal - no Pact E44, 494, 0214)
   a. All DA's associated with my arrest & prosecution.
      i) Lose qualified immunity.
2. Orleans Parish Criminal Sheriff's Office
   a. False Imprisonment
   b. Tried to kill myself in jail.
3. East Feliciana Hospital.
   a. illegal jailer.
   b. Forced to take dangerous meds.
   c. Sue for all my records.
4. Doctors Shalsoo & Naysoo - Section "I"
   c. Found me incompetent even though I am a criminal defense lawyer and know the facts of the case. Therefore, I'm competent. Lost valuable law practice time.
5. La. Attorney Disciplinary Board.
   a. Illegally took my license; I just needed rest and a break from liquor. I was living in Metairie, LA.
   #25357A Louisiana Bar

b. <u>SDT</u> for all my bar records. Never received so much as a reprimand.

c. Already asked for this via phone but was ignored to my knowledge.

6. Louisiana Supreme Court - approved disability status application thus stripping me of my ability to make money. I've been surviving working at People Ready aka True Blue, Inc. since 2012 when I was put on disability inactive status. In 2017-FA-2053 filed 100 pages requesting my law license back. Answer: Ineligible.

7. Tulane Hospital. More bogus diagnosis about my being grossly disabled. Went there because I was illegally evicted out of 3155 Law Street by Michael S. Mitra, Jr of the

8.

same, who falsely advertises the whereabouts of his place. He rents to renters. He kicked out Ben,

a. White male who lived in New Zealand was working in Hawaii.

9. <u>West Jefferson Hospital</u> - False diagnosis of bipolar.

10. <u>Dr. Marilyn Skinner</u> - More of the same faulty diagnosis. Paid her $300 per session. She was concerned more with how I was treating my ex-wife, Keina Y. Johnson, Esq. Srpt for all of my records.

11. <u>East Jefferson Hospital</u> - More faulty diagnosis. Follow the money. Paid for pills. Still practicing. I had the drink problem at the time and was married whereas I should always remain single.

12. <u>Touro Hospital</u>. More of the same. Srt.

13. <u>Robert Jenkins, Esq.</u> - My so-called attorney - never saw me in jail. ADA violation; false promises.

14. <u>Gerhard A. Johnson, Esq.</u> - My so-called attorney. ADA violation; doesn't protect the record. The case against me was dismissed twice. Neg. Court

pg. 5

15. <u>Louisiana State Bar</u> - I've started making payments to them of $100 per month, because it was necessary to get my law license back. I saw my clients all the time, they should'd have paid.

16. <u>Jefferson Human Services Authority</u> - None

Unnecessary / harmful drugs which is why I didn't prevail in all of my criminal cases. I would have done, with my skillset, all areas of law.

17. Metropolitan Human Services Authority 2221 Philip St.

Illegally touched by an officer. Included kind of the law. Sorry for all of my records. Faulty diagnosis. My corrupt DA's made prescriptions.

18. NOPD 5th District - Sgt. Powell - Refused to investigate my federal claims. Made me not trust the police. Judgment day has befallen NOPD. No help for the homeless.

19. Judge Karen K. Herman - Illegal lock down in a misdemeanor case that was twice dismissed. She's since recused her, which says something about how my case was conducted.

20. Public Integrity Bureau

I called on Sgt. Powell for his refusal to investigate my claims of abuse of power, false arrest, false imprisonment, malfeasance in office.

21. Orleans Parish Criminal District Court - I'm illegally banned.

p. 6.    Who is Your Plaintiff? It is I"

My name is ~~Hemet~~ Maurice Tyler. It is derived from Proverbs. I hereby request a <u>jury trial</u>. I'm going pro se to make sure this is done right. We are talking about 6 years of suffering and 2 near death experiences for yours truly. One in jail and one in White Plains, because of not being able to do my love, which is practicing law. This case impacts lots of applicants to the Louisiana Bar who have a mental health diagnosis. I know they are owed alot of money. Arrogance is costly.

Legally, I am a member of the National Association of Criminal Defense Lawyers. I went to National Criminal Defense College in Macon, Georgia. I've studied cross under Chicago legend Terrence McCarthy. I've learned from Billy Murphy, Jr. from Baltimore, MD. I went to Morgan State University. 3.75 GPA Too many honors to list. But for all of my records, picked Tulane Law School. "A" Legally Research & Writing Tulane Criminal Clinic. Never lost a case. I've done the 12 step

## Petition For Damages

Think: It 100 million plus for I lost 6 years of practice and my mug shot is forever on the Internet. Not a problem now that I'm healthy and have knowledge of self.

These were Fed. crimes & Fed. civil violations against Yours Truly. It is a civil rights violation, a violation of all my constitutional rights & of the American with Disabilities Act. It is, in other words, a trilogy. "When I think about what could have been." No, what will be.

What did the People of Louisiana loose? A great, total package lawyer for six years. There are lawyers making billions. That would have been me if not illegally interfered with by the powers that be. Well, it is judgment time for them.

But for all of law degree & law license; lost in the storm - Hurricane Katrina. Finally, all lost cases will be subject to Post-Conviction Relief. The End.

WESTCHESTER NY 105
08 MAR 2018 PM 1 L

U.S. Federal Courthouse
Eastern District of Louisiana
State of Louisiana
Fed claim (Civ) lawsuits - Informa pauperis)
500 Camp Street
New Orleans, Louisiana 70130

7013 3535 2304 CCGi

NYC HEALTH + HOSPITALS | Lincoln
234 East 149th Street
Bronx, NY 10451